ANDREA T. MARTNEZ, United States Attorney (#9313)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

FILED US District Court-UT
APR 27 '22 PM 12:40

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. THOMAS ALLEN RIESSEN, Defendant. Case: 2:22-cr-00153 Assigned To : Stewart, Ted Assign. Date : 4/27/2022 | INDICTMENT VIOS. COUNTS 1 and 7: 18 U.S.C. § 2113(a), BANK ROBBERY; COUNTS 2, 3, 8, 10, 12, and 13: 18 U.S.C. § 1951(a), INTERFERNCE WITH COMMERCE BY ROBBERY; COUNTS 4, 5, 6, 9, and 11: 18 U.S.C. § 2113(a), CREDIT UNION ROBBERY. |

The Grand Jury Charges:

### COUNT 1
(Bank Robbery)
18 U.S.C. § 2113(a)

On or about January 13, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

1

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Wells Fargo Bank, located at 995 East Fort Union Blvd., Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDIC); all in violation of 18 U.S.C. § 2113(a).

## COUNT 2
(Interference with Commerce by Robbery)
18 U.S.C. § 1951(a)

On or about January 16, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, did obstruct, delay and affect, attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully attempt to take U.S. currency, from an employee, against her will, at the Smith's Grocery Store, located at 4065 S. Redwood Rd., West Valley City, Utah, by actual and threatened force and violence, and fear of injury to their person, that is by brandishing a knife; all in violation of 18 U.S.C. § 1951(a).

## COUNT 3
(Interference with Commerce by Robbery)
18 U.S.C. § 1951(a)

On or about January 16, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, did obstruct, delay and affect, attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully attempt to take U.S. currency and did take merchandise, from an employee, against her will, at the Holiday Oil convenience store, located at 2121 N. Thanksgiving Dr., Lehi, Utah, by actual and threatened force and violence, and fear of injury to their person, that is by brandishing a knife; all in violation of 18 U.S.C. § 1951(a).

## COUNT 4
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about January 18, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN**,

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Cyprus Credit Union located at 3578 W. 4700 S., West Valley City, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Cyprus Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

## COUNT 5
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about January 31, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN**,

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Security Services Federal Credit Union located at 2655 W. 4700 S., Taylorsville, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Security Services Federal Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

## COUNT 6
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about February 4, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, by force, violence, and intimidation did attempt to take from the person and presence of others, employees of the Mountain America Credit Union located at 6761 S. Redwood Rd., West Jordan, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Mountain America Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

## COUNT 7
(Bank Robbery)
18 U.S.C. § 2113(a)

On or about February 4, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Zions Bank, located at 701 East 400 South, Salt Lake City, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Zions Bank, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDIC); all in violation of 18 U.S.C. § 2113(a).

## COUNT 8
(Interference with Commerce by Robbery)
18 U.S.C. § 1951(a)

On or about February 7, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, did obstruct, delay and affect, attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take U.S. currency, from an employee, against his will, at Walgreens, located at 4668 S. Redwood Rd., Taylorsville, Utah, by actual and threatened force and violence, and fear of injury to their person, that is by brandishing a knife; all in violation of 18 U.S.C. § 1951(a).

## COUNT 9
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about February 9, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, by force, violence, and intimidation did attempt to take from the person and presence of others, employees of the Mountain America Credit Union located at 1298 E. Murray Holliday Rd., Millcreek, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Mountain America Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

## COUNT 10
(Interference with Commerce by Robbery)
18 U.S.C. § 1951(a)

On or about February 10, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, did obstruct, delay and affect, attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take U.S. currency, from an employee, against her will, at the Smith's Food and Drug, located at 980 Fort Union Blvd., Midvale, Utah, by actual and threatened force and violence, and fear of injury to their person, that is by brandishing a knife; all in violation of 18 U.S.C. § 1951(a).

## COUNT 11
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about February 24, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Mountain America Credit Union located at 2070 E. 2100 S., Salt Lake City, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Mountain America Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

## COUNT 12
(Interference with Commerce by Robbery)
18 U.S.C. § 1951(a)

On or about February 25, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, did obstruct, delay and affect, attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take U.S. currency, from an employee, against her will, at Target, located at 5800 S. Redwood Rd., Taylorsville, Utah, by actual and threatened force and violence, and fear of injury to their person, that is by brandishing a knife; all in violation of 18 U.S.C. § 1951(a).

## COUNT 13
(Interference with Commerce by Robbery)
18 U.S.C. § 1951(a)

On or about February 27, 2022, in the District of Utah,

**THOMAS ALLEN RIESSEN,**

the defendant herein, did obstruct, delay and affect, attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take U.S. currency, from an employee, against her will, at the Smith's Grocery Store, located at 5560 W. 13400 S., Herriman, Utah, by actual and threatened force and violence, and fear of injury to their person, that is by brandishing a knife; all in violation of 18 U.S.C. § 1951(a).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

CARLOS A. ESQUEDA
Assistant United States Attorney